ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| NEXTGEN PHARMA LLC Y OTROS<br><br>Recurrido<br><br>v.<br><br>COOPERATIVA DE AHORRO Y CRÉDITO TUCOOP<br><br>Peticionario | KLCE202400049 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de San Juan<br><br>Civil Núm.: SJ2023CV10992<br><br>Sobre: *Injunction* (Entredicho Provisional, *Injunction* Preliminar y Permanente) |

Panel integrado por su presidenta, la Jueza Grana Martínez, el Juez Pérez Ocasio y el Juez Campos Pérez[1]

Campos Pérez, Juez Ponente

## SENTENCIA

En San Juan, Puerto Rico, a 21 de mayo de 2024.

El 8 de mayo de 2024, por conducto de su representación legal, la parte peticionaria, Cooperativa de Ahorro y Crédito Tu Coop, presentó el escrito intitulado *Moción solicitando desistimiento con perjuicio del recurso.* En la aludida solicitud, desiste de continuar con el recurso de *certiorari* instado el 16 de enero de 2024 ante este foro revisor, debido a que las partes alcanzaron "un acuerdo privado que resuelve las controversias".

Atendida la moción, el 10 de mayo de 2024, dictamos una *Resolución,* mediante la cual concedimos a la parte recurrida hasta el día 15 siguiente para que presentara su postura. Transcurrido el término, Nextgen Pharma, LLC. no compareció.

A tenor de lo anterior, acordamos declarar con lugar el desistimiento de la causa de acción del epígrafe, al amparo de la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R.83 (A). En consecuencia, se ordena el archivo del caso.

---

[1]Mediante Orden Administrativa TA-2024-021 de 2 de febrero de 2024, se designó al Hon. José I. Campos Pérez en sustitución de la Hon. Ivelisse Domínguez Irizarry.

Número Identificador

SEN2024 _____

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones